UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLES GORDON,
                               Plaintiff,

                          22 Civ. 4683 (LGS)
           -against-

                          ORDER
COMMISSIONER OF SOCIAL SECURITY,
                               Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff filed his Complaint in this action on June 6, 2022, seeking review of a decision of the Commissioner of Social Security denying Plaintiff disability insurance benefits. The matter was referred to Magistrate Judge Jennifer E. Willis for a Report and Recommendation (the "Report") on any motion for judgment on the pleadings. Both parties moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c);

      WHEREAS, on August 18, 2023, Judge Willis issued the Report recommending that Plaintiff's motion be denied and the Commissioner's motion be granted. In doing so, Judge Willis determined that the Commissioner's decision denying benefits was supported by substantial evidence in the record and based on a correct legal standard. *See Rucker v. Kijakazi*, 48 F.4th 86, 91 (2d Cir. 2022).

      WHEREAS, as stated in the Report, the deadline for any objections was fourteen days from service of the Report;

      WHEREAS, no objections were timely filed;

      WHEREAS, in reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the

face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023);

WHEREAS, the Court finds no clear error on the face of the record as to Judge Willis's recommendations. It is hereby

**ORDERED and ADJUDGED** that the Report is ADOPTED in full, for the reasons stated in the Report. Plaintiff's motion for judgment on the pleadings is DENIED and the Commissioner's motion for judgment on the pleadings is GRANTED.

The Clerk of Court is respectfully directed to close the motions at Dkts. 13 and 15 and to close this case.

Dated: September 5, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2