**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHARLES GORDON,

               Plaintiff,                       22 **CIVIL** 4683 (LGS)

      -v-                                   **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 5, 2023, the Report is ADOPTED in full, for the reasons stated in the Report. Plaintiff's motion for judgment on the pleadings is DENIED and the Commissioner's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           September 5, 2023

                                                                  **RUBY J. KRAJICK**
                                                                  **Clerk of Court**

                                      **BY:**    *K. Mango*

                                                                    **Deputy Clerk**